CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
CHRISTIAN D. WICK, CA STATE BAR NO. 333286
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
christian.wick@berliner.com

ATTORNEYS FOR DEFENDANT ALACRITY SOLUTIONS GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PINNACLE BANK, a California state-chartered bank,<br><br>,<br><br>v.<br><br>ALACRITY SOLUTIONS GROUP, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:25-cv-00774-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT ALACRITY SOLUTIONS GROUP, LLC'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>Judge:   Hon. Carolyn K. Delaney<br><br>Case Filed: March 7, 2025 |

Defendant Alacrity Solutions Group, LLC filed an ex parte motion for an extension of time to respond to Plaintiff Pinnacle Bank's complaint. (ECF No. 5.) For good cause shown, the Court grants the motion.

IT IS HEREBY ORDERED that Defendant Alacrity Solutions Group, LLC's deadline to respond to Plaintiff Pinnacle Bank's Complaint shall be extended from the present date of April 4, 2025 to May 2, 2025.

Dated: April 2, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, pinn.0774.25