J. ALEXANDRA RHIM (SBN 180636)
LEVINSON ARSHONSKY
KURTZ & KOMSKY, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:   (818) 382-3433
E-Mail:        arhim@lakklawyers.com

Attorneys for Pinnacle Bank

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| PINNACLE BANK, a California state-chartered bank,<br><br>              Plaintiff,<br><br>vs.<br><br>ALACRITY SOLUTIONS GROUP, LLC, a Delaware limited liability company,<br><br>              Defendant. | Case No: 2:25-CV-00774-CKD<br><br>**ORDER EXTENDING TIME FOR FILING OF RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:   June 25, 2025<br>Time:   10:00 am<br>Dept.   Courtroom 24, 8th Floor<br>Judge:  Hon. Carolyn K. Delaney<br><br>Case Filed:   March 7, 2025 |

On May 22, 2025, Pinnacle Bank ("Plaintiff") filed a stipulation to extend Plaintiff's deadline to file a response to Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) (Docket No. 8.) (the "Motion") and Defendant's deadline to file a reply thereto (the "Stipulation").

For good cause shown, the Court approves the Stipulation and orders as follows:

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED:

1. The deadline for Plaintiff to file a response to the Motion is extended to May 28, 2025; and

2. The deadline for Defendant to file its reply is extended to June 4, 2025.

Dated: May 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE